# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-1216

———————

Christina J. Hayes,

           Appellant,

      v.

St. Louis County Department of Justice
Services; Calonza Hall; Herbert Bersen;
St. Louis County Department of
Personnel Services; St. Louis County
Civil Service Commission,

           Appellees.

Appeal from the United States
District Court for the
Eastern District of Missouri.

**[UNPUBLISHED]**

———————

Submitted: April 6, 2001
Filed: April 9, 2001

———————

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

———————

PER CURIAM.

Christina Hayes appeals following the district court's[1] dismissal of her employment discrimination action against several county entities and employees. She challenges only the district court's failure to grant a motion to amend her complaint that

---

[1]The HONORABLE CAROL E. JACKSON, United States District Judge for the Eastern District of Missouri.

she claims to have filed. There is no indication this motion was ever filed with the district court. We dismiss this appeal for frivolousness. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.